IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DALE J. WHYTE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOAN N. KING, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:23-CV-00475 JUDGE MICHAEL J. TRUNCALE |
| VS. | § § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC, | § § § | |
| *Defendant.* | § § | |

## ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Stipulation of Dismissal with Prejudice [Dkt. 25] filed in this matter. The Parties file the stipulation pursuant to Federal Rule of  Civil Procedure 41(a)(1)(A)(ii). The Court hereby acknowledges the Parties' Stipulation of Dismissal with Prejudice effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

SIGNED this 10th day of December, 2024.

*Michael J. Truncale*
_____
Michael J. Truncale
United States District Judge